

# Fourth Court of Appeals
## San Antonio, Texas

December 20, 2021

No. 04-21-00433-CV

Patricia Brown **EDWARDS,**
Appellant

v.

Mayra Brown **BURTON,**
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI16821
Honorable Martha B. Tanner, Judge Presiding

# O R D E R

On December 16, 2021, this court received appellant's brief. The brief violates the Texas Rules of Appellate Procedure in that it:

1. does not provide a complete list of all parties and counsel, *see* TEX. R. APP. P. 38.1(a);
2. does not contain a table of contents, *see* TEX. R. APP. P. 38.1(b);
3. does not contain an index of authorities, *see* TEX. R. APP. P. 38.1(c);
4. does not contain a statement of the case, *see* TEX. R. APP. P. 38.1(d);
5. does not contain issues presented, *see* TEX. R. APP. P. 38.1(f);
6. does not contain a statement of facts, *see* TEX. R. APP. P. 38.1(g);
7. does not contain any citations to the record, *see* TEX. R. APP. P. 38.1(g), (i);
8. does not contain a summary of the argument, *see* TEX. R. APP. P. 38.1(h);
9. does not contain clear and concise argument with citations to legal authority, *see* TEX. R. APP. P. 38.1(i);
10. does not contain a short conclusion clearly stating the nature of the relief sought, *see* TEX. R. APP. P. 38.1(j);
11. does not contain an appendix including the necessary contents required by the Rules, *see* TEX. R. APP. P. 38.1(k);
12. does not comply with the form requirements for briefs, *see* TEX. R. APP. P. 9.4; and
13. does not certify proof of service, *see* TEX. R. APP. P. 9.5(d)–(e).

It is therefore ORDERED that the brief filed by the appellant is STRICKEN from our record. It is FURTHER ORDERED that appellant file an amended brief in compliance with the Texas Rules of Appellate Procedure **no later than January 19, 2022** or this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.9, 42.3.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of December, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court